# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

IN RE:  
CHRISTOPHER L. WAKELAND                                            CASE NO. 18-11493  
SHAWN M. WAKELAND  
Debtors                                                                          CHAPTER 13

## TRUSTEE'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES FILED MAY 19, 2021 ON BEHALF OF COURT CLAIM #7

Comes now the Trustee, Debra L. Miller, and for her Objection states as follows:

FACTS

1. This bankruptcy was filed on August 10, 2018.

2. On October 19, 2018, U.S. Bank National Association, Trustee as serviced by ShellPoint Mortgage Servicing filed a proof of claim marked as Court Claim #7.

3. On June 7, 2019, that claim was amended showing the servicer as NewRez LLC d/b/a Shellpoint Mortgage Servicing.

4. On January 28, 2021, a transfer of Claim was filed with the bankruptcy Court showing that the claim had been transferred from the U.S. Bank NA as Trustee for Igloo Series IV Trust to the U.S. Bank NA as Trustee for BlueWater Investment Trust. Additionally, the transfer changed the notice and payment address from New Rez LLC dba Shellpoint Mortgage Servicing to SN Servicing Corporation.

5. The Transfer was filed by Michelle Ghidotti-Gonsalves, an attorney in California. Upon Trustee's information and belief, Ms. Ghidotti-Gonsalves is not admitted in Northern District of Indiana and is a partner in Ghidotti|Berger Law Firm in California.

6. On May 19, 2021, a Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed in this case by Molly Slutsky Simons, an attorney with the Sottile & Barile law firm. The Notice seeks $250.00 for attorney's fees entitled "Transfer Fee" dated March 11, 2021.

7. Attached to the Notice is an Invoice from Sottile & Barille, dated March 11, 2021 for $250.00 for attorney's fees for a "transfer fee".
8. Trustee cannot locate any pleading, claim or Notice filed in this Case on or near that date.

OBJECTION

9. Pursuant to the Debtors' Mortgage Instrument, filed with the Proof of Claim, section 9 addresses the protection of Lender's Interest in the Property and Rights under this Security Instrument. Lender's actions for which attorney's fees can be assessed to the home owner/Debtor are (*c*) *paying reasonable attorney's fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding.*
10. Trustee does not believe that when the **mortgagor chooses to change servicers** (from Shellpoint/New Rez to SN Servicing) **or chooses to move the mortgage obligation from one trust to another** that the attorney fees are recoverable against the home owner under Section 9.
11. Additionally, putting aside the reasonableness of a $250.00 fee for filing a transfer of claim under §330, there is nothing in the Docket or the Claim Register that correlates with the March 11, 2021 invoice date shown on the Invoice by Sottile & Barille.

WHEREFORE, for the above reasons, the Trustee objects to Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on May 19, 2021. The fees do not correlate to any pleadings or filings in this case for the date listed on the Invoice, the fees are not reasonable under 11 U.S.C. §330, and the fees are not recoverable under the mortgage instrument. Trustee believes the Fees should be denied, found to not be ever recoverable from the Debtor/Home Owner and require the servicer to provide proof that these fees have been removed from both the bankruptcy ledger system and the system of record as non-recoverable within seven (7) days of the date of the sustaining of the Trustee's Objection.

Dated: May 20, 2021

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Standing Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was sent on May 20, 2021:

**By U.S. Mail as follows:**
Debtors:  Christopher and Shawn Wakeland, 539 South St., New Haven, IN  46774

**By Certified U.S. Mail as follows:**
Creditor: SN Servicing Corporation, 323 Fifth St., Eureka CA, 95501
Creditor Attorney: Michelle Ghidotti-Gonsalves, Esq., 1920 Old Tustin Ave., Santa Ana CA 92705
Creditor Attorney: Molly Slutsky Simons, Esq., Sottile & Barile, 394 Wards Corner Rd., Suite 180, Loveland OH  45140

**By electronic e-mail via CM/ECF**
Debtor Attorney:  Fred Wehrwein Esq..
U.S. Trustee:  ustpregion10.so.ecf@usdoj.gov

/s/ Suzanne Hall
Suzanne Hall